**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: P.J.W.P. , A MINOR | : | No. 126 EAL 2016 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| APPEAL OF: T.D.W.-J., MOTHER | : | the Order of the Superior Court |
| IN THE INTEREST OF: J.T.Q.-W., A MINOR | : | No. 127 EAL 2016 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| APPEAL OF: T.D.W-J., MOTHER | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.